UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPREET SINGH, | No. 1:26-cv-01775 JLT CDB (HC) |
| Petitioner, | A-Number: 072-678-097 |
| v. | ORDER REQUIRING SUPPLEMENTAL DECLARATION REGARDING LIKELIHOOD OF REMOVAL |
| WARDEN OF GOLDEN STATE ANNEX FACILITY, et al., | |
| Respondents. | (Doc. 9) |

Gurpreet Singh is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 7, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition and order Petitioner's immediate release. (Doc. 9.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within seven days. (Doc. 9 at 13.) On April 13, 2026, Respondents filed their objections to the Findings and Recommendations. (Doc. 10.)

As the findings and recommendations note, on September 3, 2025, Petitioner—who has a lengthy criminal history, including a 2018 conviction for driving under the influence which occurred *after* his release from ICE custody on an order of supervision—was re-arrested by ICE to effectuate his final order of removal to India. (Doc. 9 at 2–3.) Petitioner has been in ICE custody since then, but Respondents have been unable to remove him. (*Id*. at 3.) As the Findings

1

and Recommendations correctly explain, absent an adequate showing of changed circumstances that removal is now significantly likely, controlling caselaw interpreting 8 C.F.R. § 241.13(i)(2) suggests that Petitioner is entitled to immediate release, albeit on appropriate conditions of supervision. (Doc. 9 at 5–6, 10–12.)

Respondents however indicate that on February 27, 2026, ICE sent the Republic of India Ministry of External Affairs a copy of Petitioner's Indian birth certificate in a renewed application for travel documents. (*See id*.; *see also* Doc. 8-2 at 46–51.) Given this renewed request, the Court believes it is prudent to require an update on the status of Respondents' efforts to obtain travel documents.

Thus, **within 21 days of the date of this order**, Respondents shall provide a supplemental declaration detailing any additional relevant information bearing on the likelihood of Petitioner's removal in the reasonably foreseeable future.

IT IS SO ORDERED.

Dated:   **April 23, 2026**

_____
UNITED STATES DISTRICT JUDGE

2